UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GBC FUNDING, LLC,

                             Plaintiff,

       -against-

SUDEEPTO DATTA,

                            Defendant.

10 Civ. 3319 (PGG)

**CERTIFICATE OF SERVICE**

      I, Kimberly N. Zafran, certify under penalty of perjury that on March 26, 2012 I caused to be served a copy of the within Plaintiff's Application for Costs and Attorney's Fees, Declaration of Phoebe A. Wilkinson in Support of Plaintiff's Application for Costs and Attorney's Fees, with exhibits, a proposed judgment, and Declaration of Kimberly N. Zafran Calculating Pre-Judgment Interest in the above-captioned action, by Federal Express, upon defendant Sudeepto Datta, at 361 Ortega Ridge Road, Santa Barbara, California 93108.

Dated: New York, New York
       March 26, 2011

                                                Kimberly N. Zafran
                                                   Associate
                                                Chadbourne & Parke LLP
                                                30 Rockefeller Plaza
                                                New York, New York 10112
                                                (212) 408-5100
                                                kzafran@chadbourne.com